UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21894-CIV-SEITZ/O'SULLIVAN

ERIC COVINGTON, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

ARIZONA BEVERAGE CO., LLC, *et al.*,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation of Magistrate Judge O'Sullivan [DE-225], in which he recommends granting in part Defendants' Amended Bill of Costs [DE-215]. Plaintiff has filed its Opposition to Report and Recommendation [DE-226] and Defendants have filed a response [DE-228]  First, the Court notes that Plaintiff does not object to the amount of the costs awarded or the items for which they were awarded. Instead, Plaintiff objects to the imposition of the costs on two grounds: (1) the Report and Recommendation impermissibly imposes the costs on Plaintiff's counsel and (2) this Court stated that it would not impose costs on Plaintiff at the June 14, 2010 hearing. As to the first objection, there is nothing in Defendants' Amended Bill of Costs or in the Report and Recommendation that indicates that the costs are to be imposed directly against Plaintiff's counsel.[1] As to the second objection, Plaintiff's counsel misinterprets what the Court stated at

---

[1] While Defendants do note in their reply to the opposition to the Bill of Costs that the retainer agreement between Plaintiff and his counsel requires counsel to pay any costs awarded against Plaintiff, Defendants' Bill of Costs does not seek an order asking the Court to directly award costs against Plaintiff's counsel.

the June 14, 2010 hearing or reads it out of context. The June 14, 2010 hearing was held on the Court's May 19, 2010 Order to Show Cause requiring the Plaintiff to appear and show cause why Plaintiff should not be held in contempt and sanctions imposed against him for failing to appear at Court ordered mediation. The discussion of costs that occurred at the June 14, 2010 hearing occurred within the context of imposing sanctions on Plaintiff. Ultimately, the Court held that dismissal of the case with prejudice was sufficient sanctions and, thus, decided not to award fees and costs to Defendants as additional sanctions against Plaintiff. Nothing the Court stated at the hearing or in the Court's subsequent written order indicates that the Court intended to foreclose Defendants from seeking statutory costs. Accordingly, it is

ORDERED that:

1) The above-mentioned Report and Recommendation of Magistrate Judge [DE-225] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order; and

2) Defendants' Amended Bill of Costs [DE-215] is GRANTED in part. Defendant is awarded costs in the amount of $4,680.28.

DONE AND ORDERED in Miami, Florida, this 28 day of February, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

2